ATTORNEY GRIEVANCE COMMISSION  *   IN THE

OF MARYLAND  *

  *   COURT OF APPEALS

  *

  *   OF MARYLAND

*Petitioner*  *

v.  *

  *   MISC. DOCKET AG, NO. 51

KENNETH M. ROBINSON  *

  *   SEPTEMBER TERM, 2013

  *

  *

*Respondent*  *

  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court having considered the Joint Motion to Withdraw Respondent's Objections and Impose Sanction Recommended by Petitioner, it is this _____10th_____ day of April, 2014,

ORDERED, by the Court of Appeals of Maryland, that the Motion be, and it is hereby, GRANTED, and that Respondent, Kenneth M. Robinson, be and he is hereby, suspended from the further practice of law in the State of Maryland for a period of seven (7) months; and

ORDERED, that said suspension commenced, *nunc pro tunc*, on October 18, 2013; and

ORDERED, that Respondent's right to apply for reinstatement is conditioned on his reinstatement to the practice of law in the District of Columbia; and

ORDERED, that Respondent shall file a Petition for Reinstatement in accordance with Maryland Rule 16-781 and obtain an Order from this Court reinstating his right to practice law in Maryland prior to engaging in any activities in Maryland that would constitute the practice of law in Maryland; and

ORDERED, that Respondent's previous filings opposing Petitioner's recommendation

for sanction are hereby withdrawn.

_/s/ Glenn T. Harrell, Jr._
Senior Judge